United States District Court
District of Massachusetts

F.B.,
G.G.
    *Plaintiffs*

v.                                              Civil Action No.: 1:22-cv-11851

MELVIS C. ROMERO, former prison guard, in his individual and official capacity; MASSACHUSETTS DEPARTMENT OF CORRECTION (DOC); WELLPATH; CAROL MICI, Commissioner of Correction, of the Massachusetts Correctional Institution at Framingham (MCI Framingham) in her individual and official capacity; SUZANNE THIBAULT, former superintendent, in her individual and official capacity, KRISTIE LADOUCEUR, former superintendent of MCI Framingham, in her individual and official capacity; PATRICIA MALANSON, former Deputy Superintendent of Operations at MCI Framingham, in her official and individual capacity; KEITH NANO, former Deputy Superintendent of Operations at MCI Framingham, in his official and individual capacity; JOHN DEAN, former Deputy Superintendent at MCI Framingham, in his official and individual capacity; RYAN DONLON, Director of Security at MCI Framingham, in his individual and official capacity; ROBERT TARANTINO, Special Housing Unit Captain at MCI Framingham, in his individual and official capacity; ROBERT LEFORT, the Housing Unit Captain at MCI Framingham, in his individual and official capacity; DAVID TUCKER, Commander of Inner Perimeter Security (IPS) at MCI Framingham, in his individual and official capacity; MORGANN MCGINTY, Director of Mental Health Services, in her individual and official capacity, JOHN DOE 1-10, past or present MCI Framingham employees, in their individual and official capacity
    *Defendants*

## MOTION FOR LEAVE TO FILE THE PLAINTIFFS' NAMES UNDER SEAL AND TO USE INITIALS IN PUBLIC FILINGS

Plaintiffs move this Court to permit them to file their names under seal and to use initials in public filings. As grounds, the Plaintiffs in this case were victims of sexual assault and they seek to preserve their privacy so to prevent embarrassment and to avoid the opprobrium which is sometimes hurled at such victims who make accusations in this type of case.

1

                Respectfully submitted
F.B.,
G.G.
By their Attorneys,

Zachary Lown, Esq.
*/s/Zachary Lown*
50 Congress Street, Suite 600
Boston, MA 02109
t: 617-676-7339
ZacharyLown@LownLawFirm.com

J. Connie Tran, Esq.
*/s/ J. Connie Tran*
50 Congress Street, Suite 600
Boston, MA 02109
t: 617-744-9365
JCTranLaw@gmail.com

October 31, 2022

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.